### ROBERT FLOWERS et al. vs. SLOOP Pastora, 1742

[Libel in prize. Evidence reported in support of agreement between three English privateers to divide prizes and spoils resulting from capture of two vessels of Spanish fleet returning from attack on the colony of Georgia. Decree is missing. (Admiralty Papers, I, 56; Minute Book, 1740–1743)]